PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00241-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| RICHARD BEST, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for August 16, 2023, may be continued until December 6, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced discovery to Mr. Best's counsel. Mr. Best's co-defendant in this case has also scheduled a change of plea hearing for October 2023. Mr. Best's counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through December 6, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Mr. Best to a speedy trial.

Dated:  August 8, 2023            */s/ Jeffrey Hammerschmidt*
                                  JEFFREY HAMMERSCHMIDT
                                  Counsel for Richard Best

Dated:  August 8, 2023            */s/ Joseph Barton*
                                  JOSEPH BARTON
                                  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RICHARD BEST<br><br>Defendant. | Case No. 1:22-cr-00241-JLT-SKO<br><br>ORDER |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for August 16, 2023, is continued until December 6, 2023, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through December 6, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED: 8/8/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

4