Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Richard Best

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BEST<br><br>Defendant | Case No.: 1:22-CR-00241-JLT-SKO-1<br><br>REQUEST OF ASSOCIATION OF COUNSEL |

JEFFREY T. HAMMERSCHMIDT, being the attorney of record for defendant RICHARD BEST, hereby requests to associate MICK MARDEROSIAN, California State Bar Number 77296, and HEATHER S. COHEN, California State Bar Number 263093, of Marderosian & Cohen, as co-counsel for defendant, RICHARD BEST, in the above-entitled matter. The office address and phone number of Mick Marderosian is 7797 N. First Street, Suite 101-5, Fresno, CA 93720, 559-441-7991.

Dated: November 20, 2023   /s/ Jeffrey Hammerschmidt
                          JEFFREY T. HAMMERSCHMIDT

I hereby accept the above association.

Dated: November 20, 2023   /s/ Mick Marderosian
                          MICK MARDEROSIAN

I hereby accept the above association.

Dated:  November 20, 2023          /s/ Heather Cohen
                                   HEATHER S. COHEN


I hereby consent to the above association.

Dated:  November 20, 2023          /s/ Richard Best
                                   RICHARD BEST


ORDER

IT IS HEREBY ORDERED to associate MICK MARDEROSIAN, California State Bar Number 77296, and HEATHER S. COHEN, California State Bar Number 263093, of Marderosian & Cohen, as co-counsel for defendant, RICHARD BEST, in the above-entitled matter.

IT IS SO ORDERED.

Dated:   **November 20, 2023**

UNITED STATES MAGISTRATE JUDGE