Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Mick Marderosian, #77296
Heather S. Cohen, #263093
7797 N. First Street, Suite 101-5
Fresno, CA 93720
Tel: (559) 441-7991
Fax: (559) 441-8170

Attorneys for Defendant, Richard Best

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>RICHARD BEST,<br><br>Defendant. | Case No.: 1:22-CR-00241-JLT-SKO-1<br><br>**STIPULATION AND ORDER TO SET TRIAL FOR JUNE 3, 2025.** |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant RICHARD BEST, and Joseph D. Barton, Assistant United States Attorney, to vacate the status hearing set for December 6, 2023, at 1:00 p.m., and set trial for June 3, 2025, at 8:30 a.m. with a trial confirmation hearing set for May 26, 2025, at 10:00 a.m.

   This stipulation is based on good cause. Discovery for this case is over 116,000 pages, not including recordings. The case is also the subject of a civil lawsuit in which Richard Best sued ADM in Fresno County Superior Court and ADM countersued. Mick Marderosian and Heather Cohen represented Mr. Best in the civil suit. Discovery in the civil case has been expensive and

extensive, with a vast number of depositions. The civil case settled on September 29, 2023, one business day before trial was scheduled to begin. The June date for the trial in this case was chosen to accommodate attorney Mick Marderosian's availability. Setting trial for June 3, 2025, provides sufficient time for defense counsel to obtain and review discovery and prepare for trial in this matter.

The stipulated trial date will conserve time and resources for both the parties and the court, and the delay resulting from this trial date shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

Time shall be excluded from December 6, 2023 through June 3, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: November 29, 2023         /s/ Jeff Hammerschmidt
                                 JEFFREY T. HAMMERSCHMIDT
                                 Attorney for Richard Best

Dated: November 29, 2023         /s/ Mick Marderosian
                                 MICK MARDEROSIAN
                                 Attorney for Richard Best

Dated: November 29, 2023         /s/ Heather Cohen
                                 HEATHER S. COHEN
                                 Attorney for Richard Best

Dated: November 29, 2023         /s/ Joseph Barton
                                 Joseph Barton
                                 Assistant United States Attorney

**ORDER**

The Court has reviewed and considered the stipulation of the parties to set the trial date in this case. Good cause appearing, the status conference as to the above-named defendant is vacated and the trial date set for June 3, 2025, at 8:30 a.m. before the Hon. Jennifer L Thurston.

IT IS SO ORDERED.

DATED: 11/30/2023

*Sheila K. Oberto*
Hon. Sheila K. Oberto
U.S. MAGISTRATE JUDGE