1  Jeffrey T. Hammerschmidt, #131113
   HAMMERSCHMIDT LAW CORPORATION
2  2445 Capitol Street, Suite 215
   Fresno, California 93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333
4

5  Mick Marderosian, #77296
   Heather S. Cohen, #263093
6  7797 N. First Street, Suite 101-5
   Fresno, CA  93720
7  Tel: (559) 441-7991
   Fax: (559) 441-8170

8  Attorneys for Defendant, Richard Best

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-CR-00241-JLT-SKO-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL.** |
| vs. | |
| RICHARD BEST, | |
| Defendant. | |

Defendant Richard Best., by and through his counsel of record, Jeffrey T. Hammerschmidt, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the Trial in 1:22-CR-00241-JLT-SKO was set for June 3, 2025.
2. By this stipulation, the parties now move to continue the Trial to November 4, 2025.
3. Attorney Jeff Hammerschmidt is scheduled for surgery mid-May. His surgeon has advised him that he may not be able to return to court for a few weeks to one month.

1

4. Time shall be excluded from June 3, 2025, through November 4, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: February 4, 2025     /s/ Jeff Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Richard Best

Dated: February 4, 2025     /s/ Mick Marderosian
MICK MARDEROSIAN
Attorney for Richard Best

Dated: February 4, 2025     /s/ Heather Cohen
HEATHER S. COHEN
Attorney for Richard Best

Dated: February 4, 2025     /s/ Joseph Barton
Joseph Barton
Assistant United States Attorney

**ORDER**

IT IS ORDERED that the Trial on 1:22-CR-00241-JLT-SKO be **CONTINUED** to **November 4, 2025.**

IT IS SO ORDERED.

Dated:   **February 11, 2025**

UNITED STATES DISTRICT JUDGE

2