Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, RICHARD BEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:22-CR-00241-JLT-SKO |
|---|---|
| Plaintiff, | ) **ORDER APPOINTING COUNSEL** |
| vs. | ) |
| RICHARD BEST, | ) |
| Defendant | ) |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Michael Marderosian is appointed to represent the defendant, in addition to Mr. Hammerschmidt, in this case effective nunc pro tunc to August 13, 2025.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **September 12, 2025**

UNITED STATES DISTRICT JUDGE