# Exhibit A

| | |
|---|---|
| From: | Chu, Chan Hee (USACAE) |
| To: | Jeff Hammerschmidt; Chapple, Cody (USACAE) |
| Cc: | Erica Valenzuela |
| Subject: | RE: Richard Best - subpoena for Shawn Sawa |
| Date: | Wednesday, September 17, 2025 4:31:30 PM |
| Attachments: | image001.png |

Jeff,

We have or are in the process of serving a trial subpoena for Mr. Sawa. Respectfully, we ask that you serve your own subpoena for Mr. Sawa.

Thank you,

Chan Hee


**From:** Jeff Hammerschmidt <jeff@hammerlawcorp.com>
**Sent:** Wednesday, September 17, 2025 2:41 PM
**To:** Chu, Chan Hee (USACAE) <Chan.Hee.Chu@usdoj.gov>; Chapple, Cody (USACAE) <Cody.Chapple@usdoj.gov>
**Cc:** Erica Valenzuela <erica@hammerlawcorp.com>
**Subject:** [EXTERNAL] FW: Richard Best - subpoena for Shawn Sawa

Just following up on the email below. I did not receive a response. I spoke with Shawn Sawa's attorney this morning. He advised that Shawn Sawa has not been served with a subpoena by the government. Please let me know if you don't intend to serve him. If not, I need to get started on the process of doing all of the things that need to be done to serve a witness who resides in another country. If you do intend to subpoena him, I request, as set forth below, that the subpoena be served on Mr. Sawa as a joint subpoena for the prosecution and defense.

Of note, I consider Shawn Sawa to be a critical witness for the defense.

Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 215
Fresno, California 93721
T: 559.233.5333 f: 559.233.4333
http://www.hammerlawcorp.com



\*\*PLEASE NOTE: Our address has changed\*\*

CONFIDENTIAL NOTICE: The contents of this message, including any attachments, are confidential and are intended solely for the use of the person or entity to whom the message was addressed. If you are not the intended recipient of this message, please be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error, please notify the sender. Please also permanently delete all copies of the original message and any attached documentation. Thank you.

**From:** Jeff Hammerschmidt
**Sent:** Friday, September 12, 2025 3:29 PM
**To:** 'Chu, Chan Hee (USACAE)' <Chan.Hee.Chu@usdoj.gov>; Chapple, Cody (USACAE) <Cody.Chapple@usdoj.gov>
**Subject:** FW: Richard Best - subpoena for Shawn Sawa

Chan and Cody,

I have researched the process for subpoenaing Shawn Sawa to trial. As I'm sure that you are aware, it is a complex process due to him residing in Canada.

I intend to have Shawn Sawa subpoenaed to testify at the trial. At the same time, as I am now appointed, I don't want to waste the Government's money duplicating the process if you have already subpoenaed him and would agree that the subpoena is for both the Government and the defendant. And that he is not released from the subpoena until both parties agree to release him.

Please let me know by the close of business on Tuesday.

Thank you,

Jeff

Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 215
Fresno, California 93721
T: 559.233.5333 f: 559.233.4333
http://www.hammerlawcorp.com



\*\*PLEASE NOTE: Our address has changed\*\*