# Exhibit B

| | |
|---|---|
| **From:** | Jeff Hammerschmidt |
| **To:** | Timothy Thompson |
| **Cc:** | Erica Valenzuela; Catrina Friend; Niki Cunningham |
| **Subject:** | RE: Richard Best criminal trial |
| **Date:** | Friday, September 12, 2025 11:05:46 AM |
| **Attachments:** | image001.png |
| | image002.png |

The Government's witness list is due by the end of September. It will likely cause me to not need some of the ADM employees listed below and it may cause me to need ADM employees not listed below.

I was formerly retained counsel for Richard Best. I was recently appointed as counsel for Richard Best. The U.S. Marshal is now tasked with serving everyone on my witness list. Pursuant to Federal Rule of Criminal Procedure 17(d), the subpoenas must be served in person. Because I am appointed, the Government is now responsible for all fees, including witness fees and travel fees. To make it as efficient as possible, I am requesting that you provide contact information for each witness, including cell phone number. The deputy marshal serving the witnesses can arrange a time and location for service of the subpoenas.

Some of the ADM employees I will need subpoenaed include:

- Zane Anderson
- Ray Bradbury
- Mark Gergen
- Michael Hernandez
- Mike Irons
- Justin Pinsonneault

Thank you,

Jeff

Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 215
Fresno, California 93721
T: 559.233.5333 f: 559.233.4333
http://www.hammerlawcorp.com



**\*\*PLEASE NOTE: Our address has changed\*\***

CONFIDENTIAL NOTICE: The contents of this message, including any attachments, are confidential and are intended solely for the use of the person or entity to whom the message was addressed. If you are not the intended recipient of this message, please be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error, please notify the sender. Please also permanently delete all copies of the original message and any attached documentation. Thank you.

**From:** Timothy Thompson <tthompson@wtjlaw.com>
**Sent:** Thursday, September 11, 2025 10:21 AM
**To:** Jeff Hammerschmidt <jeff@hammerlawcorp.com>
**Cc:** Erica Valenzuela <erica@hammerlawcorp.com>; Catrina Friend <Catrina@hammerlawcorp.com>; Niki Cunningham <ncunningham@wtjlaw.com>
**Subject:** RE: Richard Best criminal trial

Jeff,

We received your email. Your email does not identify the ADM employees that are the subject of your email. Please provide their names so we can forward that information along with your email request so that it can be meaningfully considered.
Thanks.



**Tim Thompson**
**Attorney**

**559-753-2552 (Direct)**
tthompson@wtjlaw.com

**970 W. Alluvial Ave.**
**Fresno, CA 93711**
**559-753-2550 (Phone)**
**559-753-2560 (Fax)**
www.wtjlaw.com

**From:** Jeff Hammerschmidt <jeff@hammerlawcorp.com>
**Sent:** Tuesday, September 9, 2025 2:31 PM
**To:** Michael Proctor <michael@iversenproctor.com>; Timothy Thompson <tthompson@wtjlaw.com>
**Cc:** Erica Valenzuela <erica@hammerlawcorp.com>; Catrina Friend <Catrina@hammerlawcorp.com>
**Subject:** Richard Best criminal trial

Gentlemen,

Richard Best's criminal trial is set for November 4, 2025, in the Eastern District of California, Fresno Division before Judge Thurston. There are numerous witnesses still employed by ADM that I need to serve with subpoenas for trial. The trial is estimated to take 12 court days.

Please advise if you are authorized to accept service of the subpoenas on behalf of ADM employee witnesses. If so, I will provide you with the subpoenas.

Best,

Jeff

Jeffrey T. Hammerschmidt
Attorney at Law
2445 Capitol Street, Suite 215
Fresno, California 93721
T: 559.233.5333 f: 559.233.4333
http://www.hammerlawcorp.com



**PLEASE NOTE: Our address has changed**

CONFIDENTIAL NOTICE: The contents of this message, including any attachments, are confidential and are intended solely for the use of the person or entity to whom the message was addressed. If you are not the intended recipient of this message, please be advised that any dissemination, distribution, or use of the contents of this message is strictly prohibited. If you received this message in error, please notify the sender. Please also permanently delete all copies of the original message and any attached documentation. Thank you.

WARNING/CONFIDENTIAL/PRIVILEGED: This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please return the message to us via return email immediately and delete the message and