Michael Marderosian, #77296
MARDEROSIAN & COHEN
7797 N. First Street, Suite 101-5
Fresno, CA 93720
Tel: (559) 441-7991
Fax: (559 441-8170

Attorney for Defendant, RICHARD BEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BEST,<br><br>Defendant | Case No.: 1:22-CR-00241-JLT-SKO<br><br>**DECLARATION OF MICHAEL MARDEROSIAN IN SUPPORT OF MOTION TO COMPEL GOVERNMENT TO ISSUE THEIR SUBPOENAS FOR CURRENT AND FORMER ADM EMPLOYEES JOINTLY FOR THE PROSECUTION AND DEFENSE** |

I, Michael Marderosian, hereby declare:

1. Jeffrey T. Hammerschmidt and I are appointed CJA counsel for Richard Best.
2. I have read Mr. Hammerschmidt's declaration in support of this motion. I am in agreement that Shawn Sawa is a critical witness for the defense, and that if he is unavailable to testify at trial, the defense will be requesting a continuance.

I declare under penalty of perjury under the laws of the State of California, that the following is true and correct and that this Declaration was executed on September 18, 2025, at Fresno, California.

/s/ Michael Marderosian
MICHAEL MARDEROSIAN
Attorney for Defendant Richard Best