UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BEST,<br><br>Defendant | Case No.: 1:22-CR-00241-JLT-SKO<br><br>**[PROPOSED] ORDER FOR MOTION TO COMPEL GOVERNMENT TO ISSUE THEIR SUBPOENAS FOR CURRENT AND FORMER ADM EMPLOYEES JOINTLY FOR THE PROSECUTION AND DEFENSE** |

Good cause appearing, the Government is ordered to issue all subpoenas it issues for current and former ADM employees as joint subpoenas for the prosecution and defense. The Government is further ordered to subpoena co-defendant Shawn Sawa to court as either a joint subpoena for the prosecution and defense, or as a witness for the defense. The Government is further ordered to take all steps necessary to assure Shawn Sawa's attendance as a witness at the trial scheduled for November 4, 2025. Failure to secure Shawn Sawa's attendance as a witness will constitute the defense's good cause for a continuance. The court reserves the right to impose additional remedies against the Government for the Government's failure to procure Shawn Sawa as a witness for the trial.

IT IS SO ORDERED.

Dated: September ___, 2025

_____
Honorable Jennifer L. Thurston