**EXHIBIT 1**

Business Records List of 902(11) Certificate and Bates Range of Records to be Admitted

| BUSINESS RECORDS ||||||
|---|---|---|---|---|
| **Entity Records Obtained From** | **Exhibit List Number** | **Description of Records to be Admitted** | **Bates Range of 902(11) Certifications** | **Bates Range of Records to be Admitted** |
| Bank of America | 55 (Certification) | | BEST_00016100 - 00016102 | **BEST_00016090 - 00016702** |
| | 56 | Bank statements and payments of account ending in 7301 from January 2011 to August 2017. | | BEST_00016090 - 00016094 |
| | 57 | Bank statements and payments of account ending in 7399 from November 2016 to June 2017. | | BEST_00016095 - 00016099 |
| | 58 | Bank statements and and IP address information for account ending in 1492 and 2785 in May 2018. | | BEST_00016103 - 00016108 |
| | 59 | Bank statements and line of credit of account ending in 7399 from November 2016 to June 2017. | | BEST_00016109 - 00016124 |
| | 60 | Bank statements of account ending in 7301 from January 2011, to August 2017. | | BEST_00016125 - 00016156 |
| | 61 | Bank statements of account ending in 7399 from January 2011 to June 2017. | | BEST_00016157 - 00016444 |
| | 62 | Bank and credit card statements for account ending in 0189 from January 2011 to June 2018. | | BEST_00016445 - 00016695 |
| | 63 | Signature Cards for accounts ending in 6340, 0624, 2785, 9589, 0471, and 8768. | | BEST_00016696 - 00016695 |
| Bank of America | 64 (Certification) 65 | Shawn Sawa, Kaitlyn Marie Sawa, Amber Rose Sawn D Sawa, bank statements | BEST_00001642 - 00001645 | **BEST_00001654 - 00001668** |

2

| Bank | Exhibit | Description | Bates (Cert) | Bates |
|---|---|---|---|---|
| Bank of America | 66 (Certification) 67 | Bank statements, signature cards, deposits, and offsets of account ending in 6340 from November 1, 2011, to March 21, 2017. | BEST_00010375 - 00010377 | **BEST_00010392** |
| Bank of the West | 68 (Certification) 69 | Bank statements of account ending in 3006 from May 13, 2015, to June 11, 2015. | BEST_00000144 - 00000149 | **BEST_00000152** |
| Bank of the West | 70 (Certification) | | BEST_00005043 - 00005047 | **BEST_00004243 - 00006010** |
| | 71 | Bank statements, signature cards, deposits, withdrawals, and wire transfers of account ending in 3006 from March 7, 2017, to March 6, 2018; | | BEST_00004243 - 00005042 |
| | 72 | Bank statements, signature cards, deposits, withdrawals, and wire transfers of account ending in 1510 from March 1, 2017, to February 28, 2018. | | BEST_ 00005048 - 00006010 |
| Citibank | 73 (Certification) | | BEST_00000747 - 00000748 | **BEST_00000302 - 00000745** |
| | 74 | Bank statements for accounting ending in 7989 between February 2011 and March 2018 | | BEST_00000302 - 00000541 |
| | 75 | Bank statements for accounting ending in 3624 between December 2010 and May 2018 | | BEST_00000542 - 00000744 |
| | 76 | Transactions for account ending in 5443 between December 2017 and June 2018 | | BEST_00000745 |
| | 77 | Check for $33,000 from account ending in 0806 | | BEST_00000746 |

3

| | | | | |
|---|---|---|---|---|
| EDD | 78 (Certification) 79 | List of Employees at RBT | BEST_00001692 - 00001697 | **BEST_00001692 - 00001820** |
| EECU | 80 (Certification) 81 | Application and Statements of Account for accounting ending in 9209 between 2011 and 2018 | BEST_00001246 - 00001255 | **BEST_00001246 - 00001368** |
| Frost Bank | 82 (Certification) | | **BEST_00010393 - 00010395** | **BEST_00010396 - 00011441** |
| | 83 | Bank statements and checks of account ending in 4749 between 2013 and 2017 | | BEST_00010396 - 00010455 |
| | 84 | Deposits of account ending in 4749 in 2013 | | BEST_00010456 - 00010601 |
| | 85 | Deposits of account ending in 4749 in 2014 | | BEST_00010602 - 00010734 |
| | 86 | Deposits of account ending in 4749 in 2015 | | BEST_00010735 - 00010837 |
| | 87 | Deposits of account ending in 4749 in between 2016 and March 21, 2017 | | BEST_00010838 - 00010967 |
| | 88 | Signature Cards for account ending in 4749 | | BEST_00010968 - 00010969 |
| | 89 | Bank statements of account ending in 4749 between 2011 and April 2017 | | BEST_00010970 - 00011017 |
| | 90 | Incoming wires for account ending in 4749 between 2011 and April 2017 | | BEST_00010918 - 00011021 |
| | 91 | Outgoing wires for account ending in 4749 in 2013 | | BEST_00011022 - 00011149 |
| | 92 | Outgoing wires for account ending in 4749 in 2014 | | BEST_00011150 - 00011271 |
| | 93 | Outgoing wires for account ending in 4749 in 2015 | | BEST_00011272 - 00011401 |
| | 94 | Outgoing wires for account ending in 4749 between 2016 and March 2017 | | BEST_00011402 - 00011441 |

4

| Bank | Exhibit | Description | Bates (Cert) | Bates (Records) |
|---|---|---|---|---|
| Frost Bank | 95 (Certification) 96 | Checks for account ending in 4746 in 2015 | BEST_00001594 - 00001597 | **BEST_00001598 - 00001626** |
| JPMorgan Chase Bank NA | 97 (Certification) 98 | Bank statements for account ending in 1804 between January 2011 and March 2013 | BEST_00000987 - 00000988 | **BEST_00000989 - 00001117** |
| Chase Bank USA | 99 (Certification) 100 | Bank statements for account ending in 2719 between November 2016 and March 2018 | BEST_00001123 | **BEST_00001124** |
| JPMorgan Chase Bank NA | 101 (Certification) 102 | Bank Statements for account ending in 0109 between July 2013 and July 2016 | BEST_00001150 - 00001151 | **BEST_00001152 - 00001207** |
| JPMorgan Chase Bank NA | 103 (Certification) | | BEST_00017057 - 00017058 | **BEST_00017059 -00017117** |
| | 104 | Bank statements for account ending in 2719. | | BEST_00016703 - 00016702 |
| | 105 | Bank statements for account ending in 3208. | | BEST_00016738 - 00016838 |
| | 106 | Bank statements for account ending in 5261. | | BEST_00016839 - 00016891 |
| | 107 | Bank statements of account ending in 7308 from March 2014 to December 2016. | | BEST_00016892 - 00017030 |
| | 108 | Bank statements, signature cards, and IP address information for account ending in 8768 from September 2015 to November 2015. | | BEST_00017031 - 00017056 |
| | 109 | IP Address information for account ending in 0109 between July 2013 and July 2016 | | BEST_00017059 - 00017117 |
| MUFG Union Bank | 110 (Certification) | | BEST_00016081 - 00016084 | **BEST_00011487 - 00016080** |
| | 111 | Bank statements for account ending in 2471 in 2011(1) | | BEST_00011487 - 00011636 |

5

| | | | |
|---|---|---|---|
| 112 | Bank statements for account ending in 2471 in 2011(2) | | BEST_00011637 - 00011786 |
| 113 | Bank statements for account ending in 2471 in 2011(3) | | BEST_00011787 - 00011936 |
| 114 | Bank statements for account ending in 2471 in 2011(4) | | BEST_00011937 - 00012086 |
| 115 | Bank statements for account ending in 2471 in 2011(5) | | BEST_00012087 - 00012236 |
| 116 | Bank statements for account ending in 2471 in 2011(6) | | BEST_00012237 - 00012386 |
| 117 | Bank statements for account ending in 2471 in 2011(7) | | BEST_00012387- 00012432 |
| 118 | Bank statements for account ending in 2471 in 2012(1) | | BEST_00012433 - 00012582 |
| 119 | Bank statements for account ending in 2471 in 2012(2) | | BEST_00012583 - 00012732 |
| 120 | Bank statements for account ending in 2471 in 2012(3) | | BEST_00012733 - 00012882 |
| 121 | Bank statements for account ending in 2471 in 2012(4) | | BEST_00012883 - 00012956 |
| 122 | Bank statements for account ending in 2471 in 2012(5) | | BEST_00012957 - 00013106 |
| 123 | Bank statements for account ending in 2471 in 2012(6) | | BEST_00013107 - 00013256 |
| 124 | Bank statements for account ending in 2471 in 2012(7) | | BEST_00013257 - 00013406 |
| 125 | Bank statements for account ending in 2471 in 2012(8) | | BEST_00013407 - 00013526 |
| 126 | Bank statements for account ending in 2471 in 2012(9) | | BEST_00013527 - 00013598 |
| 127 | Bank statements for account ending in 2471 in 2013(1) | | BEST_00013599 - 00013748 |

| | | |
|---|---|---|
| 128 | Bank statements for account ending in 2471 in 2013(2) | BEST_00013749 - 00013898 |
| 129 | Bank statements for account ending in 2471 in 2013(3) | BEST_00013899 - 00014048 |
| 130 | Bank statements for account ending in 2471 in 2013(4) | BEST_00014049 - 00014198 |
| 131 | Bank statements for account ending in 2471 in 2013(5) | BEST_00014199 - 00014348 |
| 132 | Bank statements for account ending in 2471 in 2013(6) | BEST_00014349 - 00014498 |
| 133 | Bank statements for account ending in 2471 in 2013(7) | BEST_00014499 - 00014648 |
| 134 | Bank statements for account ending in 2471 in 2013(8) | BEST_00014649 - 00014761 |
| 135 | Bank statements for account ending in 2471 in 2013(9) | BEST_00014762 - 00014836 |
| 136 | Bank statements for account ending in 2471 in 2014(1) | BEST_00014837 - 00014986 |
| 137 | Bank statements for account ending in 2471 in 2014(2) | BEST_00014987 - 00015136 |
| 138 | Bank statements for account ending in 2471 in 2014(3) | BEST_00015137 - 00015286 |
| 139 | Bank statements for account ending in 2471 in 2014(4) | BEST_00015287 - 00015435 |
| 140 | Bank statements for account ending in 2471 in 2014(5) | BEST_00015436 - 00015499 |
| 141 | Bank statements for account ending in 9458(1) | BEST_00015500 - 00015649 |
| 142 | Bank statements for account ending in 9458(2) | BEST_00015650 - 00015773 |
| 143 | Bank statements for account ending in 9458(3) | BEST_00015774 - 00015923 |

| | | | | |
|---|---|---|---|---|
| | 144 | Bank statements for account ending in 9458(4) | | BEST_00015924 - 00016073 |
| | 145 | Bank statements for account ending in 9458(5) | | BEST_00016074 - 00016080 |
| | 146 | Union Bank Misc Documents | | BEST_00016081 - 00016084 |
| Wells Fargo | 147 (Certification) 148 | Loan information and payments for account ending in 3630 | BEST_00003819 - 00003841 | **BEST_00003820 - 00003829** |
| Wells Fargo | 149 (Certification) | | BEST_000001822 - 00001823 | **BEST_000001824 - 000003637; BEST_000003648 - 00003817** |
| | 150 | Application information for account ending in 9350 | | BEST_00001824 |
| | 151 | Application information for Shawn Sawa | | BEST_00001825 |
| | 152 | Bank styatements for account ending in 3630 | | BEST_00001826 - 00002182 |
| | 153 | Financial statements for account ending in 1998 | | BEST_00002183 - 00002240 |
| | 154 | Bank statements for account ending in 9350 | | BEST_00002241 - 00002289 |
| | 155 | Bank statements for account ending in 3630 | | BEST_00002290 - 00003202 |
| | 156 | Checks/debits for account ending in 3630 | | BEST_00003203 - 00003637 |
| | 157 | Deposits with offests for account ending in 9350 | | BEST_00003648 - 00003653 |
| | 158 | Document List for accounts ending in 3630 and 9350 | | BEST_00003654 |
| | 159 | Application information for account ending in 3630 | | BEST_00003655 |
| | 160 | Wire request information for account ending in 3630 | | BEST_00003656 - 00003662 |

| | | | | |
|---|---|---|---|---|
| | 161 | Deposit information for account ending in 3630 | | BEST_00003664 - 00003817 |
| Robert Vander Eyk & Sons Dairy | 162 (Certification) 163 | All Robert Vander Eyk & Sons Dairy records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011 | BEST_00165713 | **BEST_00165578 - 00165718** |
| Double L Cattle Company | 164 (Certification) 165 | All Double L Cattle Company records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011. | BEST_00003865 - 00003866 | **BEST_00003864 - 00003946** |
| Riverview Dairy | 166 (Certification) 167 | All Riverview Dairy records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011 | [Certificate Outstanding] | **BEST_00003948 - 00003959** |
| Little Rock Dairy | 168 (Certification) 169 | All Little Rock Dairy records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011 | BEST_00001143 - 00001144 | **BEST_00000280 - 000000281** |
| Blue Moon Farms | 170 (Certification) 171 | All Blue Moon Farms records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011 | BEST_00000290 - 000000294 | **BEST_00000290 - 00000297** |
| Cornerstone Dairy | 172 (Certification) 173 | All Cornerstone Dairy records relating to any transactions facilitated through INDIVIDUAL ONE since January 1, 2011 | BEST_00001137 - 00001140 | **BEST_00001127 - 00001136** |
| Tom Scaife Berry Scaife DBA Scaife Commodities | 174 (Certification) | | BEST_00001556 - 00001557 | **BEST_00001364 - 00001555** |
| | 175 | Business records related to Tom Scaife Berry Scaife DBA Scaife Commodities | | BEST_00001364 - 00001463 |

9

| | 176 | Business records related to Tom Scaife Berry Scaife DBA Scaife Commodities | | BEST_00001464 - 00001555 |
|---|---|---|---|---|
| Verizon | 177 (Certification) 178 | Jan 1, 2016 to June 30, 2017 subscriber, billing, and toll records for phone number 559-385-9336 | BEST_00165574 | **BEST_00165548 - 00165577** |