Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Mick Marderosian, #77296
Heather S. Cohen, #263093
7797 N. First Street, Suite 101-5
Fresno, CA  93720
Tel: (559) 441-7991
Fax: (559) 441-8170

Attorneys for Defendant, Richard Best

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br><br>RICHARD BEST,<br><br>                    Defendant. | Case No.: 1:22-CR-00241-JLT-SKO-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING.** |

Defendant Richard Best., by and through his counsel of record, Jeffrey T. Hammerschmidt, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the Sentencing in 1:22-CR-00241-JLT-SKO was set for March 2, 2026.

2. By this stipulation, the parties now move to continue the Sentencing to April 27, 2026.

1

3.  The parties agree to continue the Sentencing to April 27, 2026, on the condition that the defense will not seek any further continuances.

4.  Time shall be excluded from March 2, 2026, through April 27, 2026, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. Section 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  January 29, 2026                    /s/ Jeff Hammerschmidt
                                            JEFFREY T. HAMMERSCHMIDT
                                            Attorney for Richard Best

Dated:  January 29, 2026                    /s/ Mick Marderosian
                                            MICK MARDEROSIAN
                                            Attorney for Richard Best

Dated:  January 29, 2026                    /s/ Heather Cohen
                                            HEATHER S. COHEN
                                            Attorney for Richard Best

Dated:  January 29, 2026                    /s/ Joseph Barton
                                            Joseph Barton
                                            Assistant United States Attorney

## ORDER

IT IS ORDERED that the Sentencing on 1:22-CR-00241-JLT-SKO be **CONTINUED** to **April 27, 2026.**

IT IS SO ORDERED.

Dated:   **January 30, 2026**

UNITED STATES DISTRICT JUDGE

2