Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Richard Best

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD BEST, <br><br> Defendant. | Case No.: 1:22-CR-00241-JLT-SKO-1 <br><br> **STIPULATION AND [PROPOSED] ORDER TO REMOVE ANKLE MONITOR AND PERMIT OVERNIGHT TRAVEL.** |

Defendant Richard Best, by and through his counsel of record, Jeffrey T. Hammerschmidt, and Plaintiff United States of America, by and through its counsel of record, Joseph Barton, hereby stipulate as follows:

1.  To allow the removal of defendants' ankle monitor by July 2, 2026[1].

2.  For defendant to be permitted to travel to his Airbnb on July 5, 2026, located at 155 San Antona St., Avila Beach CA. 93424, until his turn in date on July 6, 2026.

//

//

//

[1] The Court has been advised that the reason the monitor is sought to be removed on July 2, 2026, is to allow the Pretrial Services Officer to recover the monitoring equipment before Mr. Best travels to in anticipation of surrendering to the BOP.

1

3. Pretrial Services Officer Frank Guerrero pre-approved the proposed stipulation.

IT IS SO STIPULATED.

Dated:  July 1, 2026                              /s/ Jeff Hammerschmidt
                                                 JEFFREY T. HAMMERSCHMIDT
                                                 Attorney for Richard Best


Dated: July 1, 2026                              /s/ Joseph Barton
                                                 Joseph Barton
                                                 Assistant United States Attorney


**ORDER**

IT IS ORDERED that Defendant Richard Best is allowed to remove the ankle monitor on July 2, 2026,  to allow the equipment to be recovered by Pretrial Services and is permitted to travel on July 5, 2026, for an overnight stay at his Airbnb located at 155 San Antona St., Avila Beach CA. 93424, until his turn in date on July 6, 2026.

IT IS TO ORDERED.

DATED: July 2, 2026

U.S. DISTRICT JUDGE

2