Carlton F. Gunn
Attorney at Law
1751 Colorado Blvd., #384
Los Angeles, CA 90041
Telephone (323) 474-6366
(E-mail: cgunnlaw@gmail.com

Attorney for Defendant
RICHARD BEST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>vs.<br>RICHARD BEST,<br>Defendant-Appellant. | NO. 1:22-cr-00241-JLT-SAB<br><br>ORDER FOR DISCLOSURE OF COPY OF SEALED DOCUMENT TO DEFENDANT'S APPELLATE COUNSEL |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Clerk's office shall provide appellate counsel Carlton F. Gunn with a copy of the document identified as "SEALED EVENT" at Docket #108, for purposes of evaluating its relevance to potential appellate issues.

IT IS SO ORDERED.

Dated: August 4, 2026



UNITED STATES DISTRICT JUDGE